**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SETH LANIER,

        Plaintiff,

v.                                            Case No: 6:18-cv-927-Orl-40KRS

EXECUTIVE GARDEN TITUSVILLE
HOTEL, LLC and ELCORNO MARTIN,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Renewed Joint Motion for Approval of Settlement (Doc. 15) filed on September 10, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 17, 2018 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The following language is **STRICKEN** from and the following definition of "The Released Parties" is **REVISED** in the Settlement Agreement (Doc. 13-1) to state as follows:

> EXECUTIVE GARDEN TITUSVILLE HOTEL, LLC, a Florida Limited Company, and ELCORNO MARTIN, Individually, and their respective present and past affiliates, predecessors, heirs, parents, subsidiaries, assigns, insurers, and each and every one of their respective owners,

shareholders, servants, officers, directors, employees, agents, principals, relatives, representatives, beneficiaries, alter egos, and attorneys (hereinafter referred to collectively as "The Released Parties").

3. The no-rehire provision (Doc. 13-1 ¶ 4) is **SEVERED** from the Settlement Agreement.

4. The Court **FINDS** that the parties' Settlement Agreement (Doc. 13-1), as amended by the Court, is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

5. The Renewed Joint Motion for Approval of Settlement (Doc. 15) is **GRANTED**.

6. The case is **DISMISSED with prejudice**.

7. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 2, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties